UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SLAVENS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERRY POWELL, et al.,<br><br>　　　　Respondents. | No.  2: 20-cv-2448 KJN P<br><br>ORDER & FINDINGS &<br>RECOMMENDATIONS |

　　　　Petitioner is a county prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 17, 2020, the undersigned granted petitioner thirty days to file a habeas corpus petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure and the Local Rules of Practice.  (ECF No. 3.)

　　　　On February 3, 2021, the undersigned granted petitioner a thirty days extension of time to file a habeas corpus petition.  (ECF No. 5.)  Thirty days passed and petitioner did not file a habeas corpus petition or otherwise respond to the February 3, 2021 order.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed.

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sla2448.56

2